THE STATE OF OHIO, APPELLEE, v. CRAYCRAFT, APPELLANT.

[Cite as *State v. Craycraft*, 128 Ohio St.3d 337, 2010-Ohio-6332.]

338

(No. 2010–0529—Submitted December 14, 2010—Decided December 29, 2010.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Donald W. White, Clermont County Prosecuting Attorney, and David H. Hoffmann, Assistant Prosecuting Attorney, for appellee.

Michaela M. Stagnaro, for appellant.